**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **DAVID PATRICK ANDERSON,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 4:26-cv-593-CDL-CHW** |
| | **:** | |
| **SHERIFF GREG COUNTRYMAN,** | **:** | |
| ***et al.*,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

## <u>ORDER</u>

Pending before the Court is a Complaint filed by *pro se* Plaintiff David Patrick Anderson, seeking relief pursuant to 42 U.S.C. § 1983.  On May 5, 2025, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered Plaintiff to pay an initial partial filing fee of $16.56 or to submit a renewed motion for leave to proceed *in forma pauperis* explaining his present inability to pay that amount.  Plaintiff was given fourteen (14) days to comply, and he was warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of this case.  *See generally* ECF No. 4.

The time for a response has now expired, presumably because the May 5th Order was returned to the Court as undeliverable and marked, "Return to Sender, Attempted – Not Known, Unable to Forward" and "Not Here, Return to Sender."  ECF No. 5 at 1.  A search of the Muscogee County Jail inmate roster indicates that Plaintiff is still housed in

that facility.[1]  The Clerk is therefore **DIRECTED** to mail Plaintiff another copy of the May 5th Order addressed to Plaintiff at the Muscogee County Jail, and Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to either (1) pay the initial partial filing fee of $16.56 or (2) submit a renewed motion for leave to proceed *in forma pauperis*, including an updated certified copy of his prison trust fund account statement, explaining his present inability to pay that amount, as explained in that Order.

**Failure to fully and timely comply with this Order will likely result in the dismissal of Plaintiff's Complaint.**  Plaintiff must also notify the Court immediately and in writing of any change in his mailing address.  There shall be no service of process until further order of the Court.

**IT IS SO ORDERED**, this 11th day of June, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] *See* https://portal-gamuscogee.tylertech.cloud/app/ViewJailing/#/ jailing/480188 [https://perma.cc/4D7B-4M3Y] (last visited June 10, 2026)